IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.   3:17-mj-37-DSC |
|---|---|---|
| v. | ) ) ) | |
| GABRIEL PAGAN SANTIAGO | ) ) | **ORDER DISMISSING COMPLAINT** |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**.

Signed: February 14, 2017

_____
David S. Cayer
United States Magistrate Judge